## CROW DRILLING & PRODUCING COMPANY, Inc., et al.
### v.
## H. L. HUNT et al.
### No. 49398.

Oct. 9, 1968.

In re: H. L. Hunt and B. B. Barber, Trustee applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 211 So.2d 128.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

214 So.2d 544

## I. G. KIEFER
### v.
## BERNIE DUMAS BUICK COMPANY, Inc. and General Motors Corporation.
### No. 49391.

Oct. 9, 1968.

In re: Bernie Dumas Buick Company, Inc., applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.

The application is denied. According to the facts as found to be by the Court of Appeal, the judgment complained of is correct.